```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:
 :   **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001             :   03 MDL 1570 (GBD) (FM)

------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that a telephone conference shall be held on October 22, 2012 at 10 a.m. Plaintiffs should initiate the call.

SO ORDERED.

Dated:   New York, New York
         September 7, 2012

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF