UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: TERRORIST ATTACKS ON :    Civil Action No.
SEPTEMBER 11, 2001 :    03 MDL 1570 (GBD) (FM)
:
:
:
*This document applies to:* :
:
*Hoglan, et al. v. The Islamic Republic of Iran, et al.* :
:
*1:11-cv-07550-GBD* :
_____

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court

on July 10, 2015, the evidence presented at the August 17, 2015 hearing on liability (including

the evidence submitted by Plaintiffs in *Havlish, et al. v. bin-Laden, et al,* 03-cv-09848 (GBD)

(FM) on May 19, 2011, July 13, 2011, August 19, 2011 and December 15, 2011 which was

presented and admitted into evidence at the August 17, 2015 hearing), supplemental evidence

filed with this court, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' Motion for Entry of Default Judgment by the Court against

Sovereign Defendants, The Islamic Republic of Iran, Ayatollah Ali Hoseini-Khamenei, Ali

Akbar Hashemi Rafsanjani, Iranian Ministry of Information and Security, The Islamic

Revolutionary Guard Corps, Hezbollah, The Iranian Ministry of Petroleum, The National Iranian

Tanker Corporation, The National Iranian Oil Corporation, The National Iranian Gas Company,

Iran Airlines, The National Iranian Petrochemical Company, Iranian Ministry of Economic

Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed

Forces Logistics, and The Central Bank of the Islamic Republic of Iran (collectively "Iranian

Defendants") is **GRANTED** and final judgment on liability is entered in favor of all Plaintiffs and against all Iranian Defendants;

    **ORDERED** that the Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

**SO ORDERED:**

DATED: AUG 3 1 2015

George B. Daniels
United States District Judge

2