1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2022

July 14, 2022

VIA ECF

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD) (SN)
      *Hoglan et al. v. Iran et al.*, No. 11-cv-7550 (GBD) (SN)
      Notice of Withdrawal of Turnover Motion

Dear Judges Daniels and Netburn,

      On behalf of Judgment Creditors Estate of Alice Hoglan et al. ("the Hoglan Creditors"), we write to voluntarily withdraw the turnover motion filed on March 3, 2022. *See* MDL Dkt. 7721; Hoglan Dkt. 370. The Hoglan Creditors are also withdrawing the June 23, 2022 subpoena for a deposition of Martin Graham that is the subject of the motion to quash at MDL Dkt. 8174 (Hoglan Dkt. 390).

      Accordingly, the Hoglan Creditors request that (1) the turnover motion be terminated without prejudice and (2) the motion to quash be denied as moot in light of the withdrawal of the subpoena. We have conferred with counsel for Respondents Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Suez Rajan LLC, and they consent to the above. A proposed order is attached to this letter.

Respectfully submitted,

/s/ Lee Wolosky
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC                    WWW.JENNER.COM

July 14, 2022
Page 2

Douglass A. Mitchell *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6090
dmitchell@jenner.com

*Counsel for Judgment Creditors Estate of Alice Hoglan, et al.*

cc: All counsel of record (by ECF)

---

The Parties' request is granted. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 7721 and ECF No. 8174, as well as the related motions in Hoglan, et al., v. Islamic Republic of Iran, et al., 11-cv-7550, ECF No. 370 and ECF No. 390.

**So Ordered.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 15, 2022
       New York, New York