UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

**FINAL ORDER AND**
**JUDGMENT ON**
**COMPENSATORY DAMAGES**

1:03 MDL 1570 (GBD)(SN)

------------------------------------------------------------X

**This Document Relates to**
*Hoglan v. Iran*
1:11-cv-07550 (GBD)(SN)

WHEREAS, evidence as to liability in this matter was submitted by Plaintiffs in filings with this Court on July 10, 2015;

WHEREAS, a hearing on liability was held on August 17, 2015, at which evidence was presented, including the evidence previously submitted by Plaintiffs in *Havlish, et al. v. bin Laden, et al.*, 03-cv-09848 (GBD)(FM) on May 19, 2011, July 13, 2011, August 19, 2011, and December 15, 2011, in addition to supplemental evidence filed with this Court, including extensive evidence filed confidentially under seal, and the July 10, 2015 evidence referenced above, all of which was admitted into evidence in this case;

WHEREAS, on August 31, 2015, this Court entered Findings of Fact and Conclusions of Law and further, on that same date, issued an Order of Judgment based on such Findings of Fact and Conclusions of Law, the evidence presented in support thereof, and the entire record in this case, thereby entering final judgment as to liability in favor of Plaintiffs and against the following Defendants:

1. Islamic Republic of Iran;
2. Ayatollah Ali Hoseini-Khamenei;

3. Ali Akbar Hashemi Rafsanjani;

4. Iran's Ministry of Information and Security;

5. Islamic Revolutionary Guard Corps;

6. Iran's Ministry of Petroleum;

7. National Iranian Oil Corporation;

8. National Iranian Tanker Corporation;

9. National Iranian Gas Company;

10. National Iranian Petrochemical Company;

11. Iran's Ministry of Commerce;

12. Iran's Ministry of Economic Affairs and Finance;

13. Iran's Ministry of Defense and Armed Forces Logistics;

14. Iran Airlines;

15. Central Bank of Iran; and,

16. Hezbollah;

WHEREAS, United States Magistrate Judge Sarah Netburn issued Reports and Recommendations on October 12, 2016, October 14, 2016, October 24, 2016, and August 8, 2017, with regard to the award of damages;

WHEREAS, this Court adopted these four Reports and Recommendations in Orders dated October 31, 2016, June 21, 2017, and November 17, 2017, respectively;

WHEREAS, this Court entered Partial Final Judgments dated October 31, 2016, June 21, 2017, and November 17, 2017;

WHEREAS, Plaintiffs have requested that a single Final Judgment with regard to compensatory damages and prejudgment interest for all of the successful Plaintiffs, and naming

each of the liable Defendants, be entered in this case, for purposes of clarity for any judgment enforcement action;

It is HEREBY

ORDERED that the final compensatory damages judgment is entered in favor of Plaintiffs, comprised of the thirteen (13) Decedent's Estate Plaintiffs and the two hundred, three (203) Individual Family Members Plaintiffs listed in this Order and Judgment, and against all sixteen (16) Defendants listed above; and, it is FURTHER

ORDERED that such Plaintiffs are awarded: *(1)* economic compensatory damages to the thirteen (13) Decedent's Estate Plaintiffs in the aggregate amount of $469,465,035, as more specifically set forth below; *(2)* compensatory damages for pain and suffering of $2,000,000 per Decedent's Estate Plaintiff for a total of $26,000,000, as more specifically set forth below; *(3)* compensatory damages for solatium to the Individual Family Members Plaintiffs totaling $1,346,375,000, as more specifically set forth herein below; and, *(4)* prejudgment interest on the amount of $1,372,375,000 awarded herein for compensatory pain and suffering and solatium damages from September 11, 2001, to the date of judgment at the rate of 4.96 percent per annum, compounded annually; and, it is FURTHER

ORDERED that each and every one of the Defendants is jointly and severally liable for the entire JUDGMENT on compensatory damages; and, it is FURTHER

ORDERED that Plaintiffs' request for punitive damages is DENIED WITHOUT PREJUDICE to being considered in conjunction with the same issue in other cases in the multi-district litigation captioned *In Re: Terrorist Attacks on September 11, 2001*, 1:03 MDL 1570 (GBD)(SN); and, it is FURTHER

ORDERED that the economic compensatory damages and non-economic compensatory damages awarded to the thirteen (13) Decedent's Estate Plaintiffs are as follows:

| DECEDENT | ECONOMIC LOSS | PAIN & SUFFERING | TOTAL AWARD |
|---|---|---|---|
| Estate of Siew Nya Ang | $7,407,342 | $2,000,000 | $9,407,342 |
| Estate of Mark Kendall Bingham | $7,617,663 | $2,000,000 | $9,617,663 |
| Estate of Joyce Ann Carpeneto | $1,926,378 | $2,000,000 | $3,926,378 |
| Estate of Wayne T. Davis | $9,388,123 | $2,000,000 | $11,388,123 |
| Estate of Timmy Grazioso | $307,289,003 | $2,000,000 | $309,289,003 |
| Estate of LeRoy W. Homer, Jr. | $9,281,150 | $2,000,000 | $11,281,150 |
| Estate of Hweidar Jian | $10,108,875 | $2,000,000 | $12,108,875 |
| Estate of Leon Lebor | $747,568 | $2,000,000 | $2,747,568 |
| Estate of Christopher E. Lunder | $34,961,894 | $2,000,000 | $36,961,894 |
| Estate of Joseph D. Mistrulli | $4,999,143 | $2,000,000 | $6,999,143 |
| Estate of Louis Nacke | $8,185,357 | $2,000,000 | $10,185,357 |
| Estate of Sandra Wright-Cartledge | $1,132,626 | $2,000,000 | $3,132,626 |
| Estate of Marc Scott Zeplin | $66,419,913 | $2,000,000 | $68,419,913 |
| TOTAL | $469,465,035 | $26,000,000 | $495,465,035; |

AND IT IS FURTHER ORDERED that compensatory damages for solatium for the Individual Family Members Plaintiffs are awarded as follows:

| DECEDENT | PLAINTIFF | RELATIONSHIP | SOLATIUM |
|---|---|---|---|
| Mark Kendall Bingham | Alice Hoglan a/k/a Hoagland | Parent | $8,500,000 |
| Siew Nya Ang | Kui Liong Lee | Spouse | $12,500,000 |
| Siew Nya Ang | Winnee Lee | Child | $8,500,000 |
| Siew Nya Ang | Jeanee Lee | Child | $8,500,000 |
| Michael Bane | Arline Peabody-Bane | Step-Parent | $4,250,000 |
| Michael Bane | Brian Major | Step-Sibling | $2,125,000 |
| Michael Bane | Brenda E. Jobe | Step-Sibling | $2,125,000 |
| Joyce Ann Carpento | Joseph Carpento | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Dian Dembinski | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Loretta Haines | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Stephen Bradish | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Jack Bradish | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Geraldine Deborah Spaeter | Sibling | $4,250,000 |
| Peter Chirchirillo | Nicholas Chirchirillo | Child | $8,500,000 |
| Peter Chirchirillo | Michael Chirchirillo | Child | $8,500,000 |
| Jeffrey Coale | JoanAnn Coale | Parent | $8,500,000 |
| Jeffrey Coale | Leslie Coale Brown | Sibling | $4,250,000 |

4

| | | | |
|---|---|---|---|
| Daniel M. Coffey | Jeanette Coffey | Parent | $8,500,000 |
| Daniel M. Coffey | Estate of Daniel F. Coffey, Jr. | Parent | $8,500,000 |
| Jason Coffey | Colleen McDonald | Fiancee | $12,500,000 |
| Jeffrey Collman | Estate of Beverly Sutton | Parent | $8,500,000 |
| Jeffrey Collman | Carolyn Sutton | Sibling | $4,250,000 |
| Jeffrey Collman | Vicki Lynn Michel | Sibling | $4,250,000 |
| Jeffrey Collman | Keith Bradkowski | Spouse | $12,500,000 |
| Jeffrey Collman | Kathryn Collman | Step-Parent | $4,250,000 |
| Jeffrey Collman | Charles Gengler | Step-Sibling | $2,125,000 |
| Jeffrey Collman | Steven Gengler | Step-Sibling | $2,125,000 |
| Jeffrey Collman | Susan Bohan | Step-Sibling | $2,125,000 |
| Wayne T. Davis | Tanya Davis | Spouse | $12,500,000 |
| Wayne T. Davis | Gabrielle Hunter Davis | Child | $8,500,000 |
| Wayne T. Davis | Malachai Roarke Davis | Child | $8,500,000 |
| Wayne T. Davis | Noverta Davis-Dean | Parent | $8,500,000 |
| Michael Diehl | Jason Diehl | Child | $8,500,000 |
| Michael Diehl | Jeannette Diehl | Child | $8,500,000 |
| Judy Fernandez | Emma Fernandez Regan | Sibling | $4,250,000 |
| Judy Fernandez | Cirilo Fernandez | Parent | $8,500,000 |
| Judy Fernandez | Richard Fernandez | Sibling | $4,250,000 |
| Ronald Gamboa | Renee L. Gamboa | Parent | $8,500,000 |
| Ronald Gamboa | Estate of Ranulf Gamboa | Parent | $8,500,000 |
| Ronald Gamboa | Maria Joule | Sibling | $4,250,000 |
| Ronald Gamboa | Rachel G. Malubay | Sibling | $4,250,000 |
| William Godshalk | James Bond Godshalk | Parent | $8,500,000 |
| William Godshalk | Jane G. Haller | Sibling | $4,250,000 |
| William Godshalk | Aleese Hartmann | Fiancee | $12,500,000 |
| John Grazioso | Kathryn Grazioso | Child | $8,500,000 |
| John Grazioso | Kristen Grazioso | Child | $8,500,000 |
| John Grazioso | Michael Grazioso | Child | $8,500,000 |
| John Grazioso | Sandra Grazioso | Parent | $8,500,000 |
| John Grazioso | Carolee Azzarello | Sibling | $4,250,000 |
| John Grazioso | Karen Ventre | Sibling | $4,250,000 |
| John Grazioso | Krysty Grazioso | Sibling | $4,250,000 |
| Timmy Grazioso | Deborah Grazioso | Spouse | $12,500,000 |
| Timmy Grazioso | Sandra Grazioso | Parent | $8,500,000 |
| Timmy Grazioso | Carolee Azzarello | Sibling | $4,250,000 |
| Timmy Grazioso | Lauren Grazioso | Child | $8,500,000 |
| Timmy Grazioso | Briana Grazioso | Child | $8,500,000 |
| Timmy Grazioso | Karen Ventre | Sibling | $4,250,000 |
| Timmy Grazioso | Krysty Grazioso | Sibling | $4,250,000 |
| James Halvorson | Douglas Halvorson | Child | $8,500,000 |
| James Halvorson | Estate of Evelyn Halvorson | Parent | $8,500,000 |

| | | | |
|---|---|---|---|
| James Halvorson | Kate Halvorson | Sibling | $4,250,000 |
| Donald J. Havlish | Michaela Havlish | Child | $8,500,000 |
| Donald G. Havlish | Lea Michaela Bitterman | Step-Child | $8,500,000 |
| Donald G. Havlish | Sean Bitterman | Step-Child | $8,500,000 |
| James Jeffery Hobin | Derrick Hobin | Child | $8,500,000 |
| LeRoy W. Homer, Jr. | Melodie Homer | Spouse | $12,500,000 |
| LeRoy W. Homer, Jr. | Laurel Homer | Child | $8,500,000 |
| Hweidar Jian | Ju-Hsiu Jian | Spouse | $12,500,000 |
| Hweidar Jian | William Jian | Child | $8,500,000 |
| Hweidar Jian | Kevin Jian | Child | $8,500,000 |
| Donald W. Jones | Audrey R. Jones | Parent | $8,500,000 |
| Donald W. Jones | John R. Jones | Parent | $8,500,000 |
| Donald W. Jones | Robert A. Jones | Sibling | $4,250,000 |
| Donald W. Jones | Candy Moyer | Sibling | $4,250,000 |
| Jeanette LaFond-Menchino | Anita Korsonsky | Sibling | $4,250,000 |
| Jeanette LaFond-Menchino | Dina LaFond | Parent | $8,500,000 |
| Denis Lavelle | Estate of Emily Lavelle | Parent | $8,500,000 |
| Denis Lavelle | Patricia Caloia | Sibling | $4,250,000 |
| Denis Lavelle | Barbara Dziadek | Sibling | $4,250,000 |
| Denis Lavelle | Kathleen Palacio | Sibling | $4,250,000 |
| Denis Lavelle | Paul Lavelle | Sibling | $4,250,000 |
| Leon Lebor | Bessie Lebor | Parent | $8,500,000 |
| Leon Lebor | Barbara Lurman | Child | $8,500,000 |
| Leon Lebor | Joy a.k.a Rina Kaufman | Sibling | $4,250,000 |
| Robert Levine | Stephanie Giglio | Child | $8,500,000 |
| Catherine Lisa LoGuidice | Estate of Carmello Joseph LoGuidice | Parent | $8,500,000 |
| Joseph Lostrangio | Joseph Lostrangio, Jr. | Child | $8,500,000 |
| Joseph Lostrangio | Cathryn Lostrangio | Child | $8,500,000 |
| Joseph Lostrangio | James Lostrangio | Parent | $8,500,000 |
| Christopher E. Lunder | Karen Lunder | Spouse | $12,500,000 |
| Noell Maerz | Erich Maerz | Sibling | $4,250,000 |
| Mary Melendez | Ramon Melendez | Child | $8,500,000 |
| Mary Melendez | Ricky Melendez | Child | $8,500,000 |
| Mary Melendez | Jesse Melendez | Child | $8,500,000 |
| Mary Melendez | Tyler Melendez | Child | $8,500,000 |
| Mary Melendez | Florence Rosario | Sibling | $4,250,000 |
| Mary Melendez | Margaret Montanez | Sibling | $4,250,000 |
| Peter T. Milano | Peter C. Milano | Child | $8,500,000 |
| Peter T. Milano | Jessica Milano | Child | $8,500,000 |
| Peter T. Milano | Alfred Milano | Sibling | $4,250,000 |
| Peter T. Milano | Frank Milano | Sibling | $4,250,000 |
| Peter T. Milano | Maureen Racioppi | Sibling | $4,250,000 |

6

| | | | |
|---|---|---|---|
| Peter T. Milano | Thomas Milano | Sibling | $4,250,000 |
| Joesph D. Mistrulli | Philomena Mistrulli | Spouse | $12,500,000 |
| Joesph D. Mistrulli | MaryAnn Mistrulli | Child | $8,500,000 |
| Joesph D. Mistrulli | Joseph Mistrulli | Child | $8,500,000 |
| Joesph D. Mistrulli | Angela Mistrulli Cantone | Child | $8,500,000 |
| Joesph D. Mistrulli | Ann Mistrulli | Parent | $8,500,000 |
| Joesph D. Mistrulli | Maria Lambert | Sibling | $4,250,000 |
| Joesph D. Mistrulli | Johnny Mistrulli | Sibling | $4,250,000 |
| Yvette Moreno | Rolando Ruben Moreno | Sibling | $4,250,000 |
| Yvette Moreno | Leiana Moreno | Sibling | $4,250,000 |
| Yvette Moreno | Noelia Moreno | Sibling | $4,250,000 |
| Louis Nacke | Amy Martinez | Spouse | $12,500,000 |
| Brian Nunez | Eric Nunez | Sibling | $4,250,000 |
| Brian Nunez | Neal Green | Sibling | $4,250,000 |
| Salvatore T. Papasso | Theresa Papasso | Parent | $8,500,000 |
| Salvatore T. Papasso | Salvatore Papasso | Parent | $8,500,000 |
| Salvatore T. Papasso | Vincent Papasso | Sibling | $4,250,000 |
| John Perry | James Perry | Parent | $8,500,000 |
| John Perry | Joel R. Perry | Sibling | $4,250,000 |
| John Perry | Janice Perry | Sibling | $4,250,000 |
| Marsha Ratchford | Claudia Stallworth | Parent | $8,500,000 |
| Marsha Ratchford | Reginald Simpson | Sibling | $4,250,000 |
| Marsha Ratchford | Roosevelt Stallworth | Sibling | $4,250,000 |
| Marsha Ratchford | Carl Stallworth | Sibling | $4,250,000 |
| Marsha Ratchford | Cynthia Watts | Sibling | $4,250,000 |
| Marsha Ratchford | Angela Stallworth-Blunt | Sibling | $4,250,000 |
| Marsha Ratchford | Brian Christian | Sibling | $4,250,000 |
| Marsha Ratchford | Amanda Rogers | Sibling | $4,250,000 |
| Joshua Reiss | Gary Reiss | Parent | $8,500,000 |
| Joshua Reiss | Adam Reiss | Sibling | $4,250,000 |
| Joshua Reiss | Jordan Reiss | Sibling | $4,250,000 |
| Joshua Reiss | Jonathan Reiss | Sibling | $4,250,000 |
| Joshua Reiss | Jennifer Reiss | Sibling | $4,250,000 |
| Elvin Romero | Estate of Carmen Romero | Parent | $8,500,000 |
| Elvin Romero | Issac Romero | Parent | $8,500,000 |
| Elvin Romero | Diana Diaz | Sibling | $4,250,000 |
| Richard Rosenthal | Estate of Evan Rosenthal | Child | $8,500,000 |
| Richard Rosenthal | Seth Rosenthal | Child | $8,500,000 |
| Richard Rosenthal | Estate of Leonard Rosenthal | Parent | $8,500,000 |
| Richard Rosenthal | Estate of Florence Rosenthal | Parent | $8,500,000 |
| Richard Rosenthal | Audrey Model | Sibling | $4,250,000 |
| Maria Theresa Santillan | Victor Santillan | Sibling | $4,250,000 |
| Maria Theresa Santillan | Raymond Santillan | Sibling | $4,250,000 |

| | | | |
|---|---|---|---|
| Victor Saracini | Kirsten Saracini | Child | $8,500,000 |
| Victor Saracini | Brielle Saracini | Child | $8,500,000 |
| Scott Schertzer | Lori Brody | Sibling | $4,250,000 |
| Scott Schertzer | Ellen Schertzer | Parent | $8,500,000 |
| Hagay Shefi | Roy-Yetkutiel Shefi | Child | $8,500,000 |
| Hagay Shefi | Naomi-Ruth Shefi | Child | $8,500,000 |
| Paul K. Sloan | Patricia Sloan | Parent | $8,500,000 |
| Paul K. Sloan | Matt Sloan | Sibling | $4,250,000 |
| Paul K. Sloan | Sarah Funk | Sibling | $4,250,000 |
| George Smith | Raymond Smith, Jr. | Sibling | $4,250,000 |
| George Smith | Carl Smith | Sibling | $4,250,000 |
| George Smith | Kevin Smith | Sibling | $4,250,000 |
| George Smith | Korry Smith | Sibling | $4,250,000 |
| George Smith | Tanya Warren | Sibling | $4,250,000 |
| George Smith | Latricia Smith | Sibling | $4,250,000 |
| George Smith | Elaine Smith | Sibling | $4,250,000 |
| George Smith | Christine Jackson | Sibling | $4,250,000 |
| George Smith | Barbara Hargrove | Sibling | $4,250,000 |
| George Smith | Estate of Deborah Sallad | Sibling | $4,250,000 |
| George Smith | Estate of Marion Thomas | Grandparent | $8,500,000 |
| Timothy Soulas | Timothy P. Soulas, Jr. | Child | $8,500,000 |
| Timothy Soulas | Andrew J. Soulas | Child | $8,500,000 |
| Timothy Soulas | Christopher Soulas | Child | $8,500,000 |
| Timothy Soulas | Matthew Soulas | Child | $8,500,000 |
| Timothy Soulas | Nicole Soulas | Child | $8,500,000 |
| Timothy Soulas | Daniel Soulas | Child | $8,500,000 |
| Timothy Soulas | Frederick Soulas | Parent | $8,500,000 |
| Timothy Soulas | Stephen Soulas | Sibling | $4,250,000 |
| Timothy Soulas | Frederick Soulas III | Sibling | $4,250,000 |
| Timothy Soulas | Dan Soulas | Sibling | $4,250,000 |
| Timothy Soulas | Michelle Donlan | Sibling | $4,250,000 |
| William Steiner | Darren Steiner | Child | $8,500,000 |
| William Steiner | Jordan Steiner | Child | $8,500,000 |
| William Steiner | Meridith Reverdito | Child | $8,500,000 |
| William Steiner | Estate of Wilma Steiner | Parent | $8,500,000 |
| William Steiner | Robert Steiner | Sibling | $4,250,000 |
| William Steiner | George Steiner | Sibling | $4,250,000 |
| Andrew Stergiopoulos | Kathleen Stergiopoulos | Sibling | $4,250,000 |
| Andrew Stergiopoulos | George Stergiopoulos, Jr. | Sibling | $4,250,000 |
| Edward W. Straub | Aaron Straub | Child | $8,500,000 |
| Edward W. Straub | Jonathan Straub | Child | $8,500,000 |
| Edward W. Straub | Michael Straub | Child | $8,500,000 |
| Edward W. Straub | Samuel Straub | Child | $8,500,000 |

8

| | | | |
|---|---|---|---|
| Edward W. Straub | Edward Straub | Parent | $8,500,000 |
| Edward W. Straub | Stanley Straub | Sibling | $4,250,000 |
| Edward W. Straub | Matthew Straub | Sibling | $4,250,000 |
| Jennifer Tino | Salvatore Tino, Jr. | Parent | $8,500,000 |
| Jennifer Tino | Jeffrey Tino | Sibling | $4,250,000 |
| Jennifer Tino | Salvatore Tino, III | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | Joseph Nicklo | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | Mellanie Chafe | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | Christopher Barton | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | John Barton | Sibling | $4,250,000 |
| Timothy Ward | Estate of Susanne Ward-Baker | Parent | $8,500,000 |
| William Wilson | Jeanne McDermott | Sibling | $4,250,000 |
| Marc Scott Zeplin | Debra Zeplin | Spouse | $12,500,000 |
| Marc Scott Zeplin | Ryan Zeplin | Child | $8,500,000 |
| Marc Scott Zeplin | Ethan Zeplin | Child | $8,500,000 |
| **TOTAL** | | | **$1,346,375,000;** |

AND IT IS FURTHERMORE

ORDERED that Plaintiffs shall forthwith serve a copy of this Final Order and Judgment on Compensatory Damages on the Defendants.

This is a final, appealable order. *See* Fed.R.Civ.P. 54(b); Fed.R.App.P.(4)(a).

SO ORDERED.

DATE: **FEB 2 3 2018**
New York, New York

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

9